IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA


SHAWN AMIR HARRIS,                    :
                                      :
            Petitioner                :
                                      :
      v.                              :      CIVIL NO. 4:CV-14-2467
                                      :
STEPHEN R. GLUNT                      :      (Judge Brann)
                                      :
                                      :
            Respondent                :

## ORDER

November  9, 2016

In accordance with the accompanying Memorandum, **IT IS**

**HEREBY ORDERED THAT**:

> 1.   Harris' habeas corpus petition is **DENIED.**
>
> 2.   The Clerk of Court is directed to **CLOSE** this case.
>
> 3.   Based on the Court's conclusion herein, there is no basis
>
>      for the issuance of a certificate of  appealability.


BY THE COURT:

  s/  Matthew W. Brann
Matthew W. Brann
United States District Judge

1