# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAWN AMIR HARRIS, | No. 4:14-CV-02467 |
| Petitioner, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| STEPHEN GLUNT and THE PENNSYLVANIA ATTORNEY GENERAL, | |
| Respondents. | |

## ORDER

### MARCH 18, 2019

On February 12, 2019, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court deny Petitioner's Motion for Relief from Judgment. Objections to that Report and Recommendation were due by February 26, 2019, but none were filed. This Court has reviewed the Report and Recommendation and finds no clear error on the face of the record. Therefore, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Magistrate Judge Carlson, ECF No. 14, is **ADOPTED IN ITS ENTIRETY**.

2. The Motion for Relief from Judgment, ECF No. 12, is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge